IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LEE | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | |
| THE CITY OF PHILADELPHIA | : | NO. 02-3588 |

## ORDER

**AND NOW,** this 6th day of November, 2002, upon consideration of the defendant's motion to dismiss filed October 3, 2002 and the plaintiff's filing of an amended complaint on November 4, 2002, it is **ORDERED** that defendant's motion to dismiss (Document No. 4) is **DENIED WITHOUT PREJUDICE AS MOOT**.

TIMOTHY J. SAVAGE, J.