# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY LEE,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | **NO.02-CV-3588** |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 13th day of February, 2003, upon consideration of Defendant's Motion to Consolidate Actions for Pretrial Purposes (Document No. 12) and the lack of any responses, it is **ORDERED** that the Motion is **GRANTED** and this case is consolidated with the case of David Fisher v. City of Philadelphia, Civil Action No. 02-CV-8147, for all pretrial purposes.

TIMOTHY J. SAVAGE, J.