IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LEE | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA | : | NO. 02-3588 |

| | | |
|---|---|---|
| DAVID FISHER | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA | : | NO. 02-8147 |

## ORDER

AND NOW, this 10th day of March, 2003, after conducting a settlement conference with counsel in the above-captioned matter, it is hereby **ORDERED** by the Court that:

1. The parties shall continue pretrial proceedings pursuant to the scheduling order of the Honorable Timothy J. Savage filed on December 2, 2002.

2. Counsel shall contact my Chambers to schedule a second settlement conference, if appropriate, upon completion of depositions.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE