IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LEE | : | CIVIL ACTION NO. |
|  | : | 02-CV-3588 |
| v. | : | |
|  | : | |
| CITY OF PHILADELPHIA | : | |
| _____ | : | |
|  | : | |
| DAVID FISHER | : | CIVIL ACTION NO. |
|  | : | 02-CV-8147 |
| v. | : | |
|  | : | |
| CITY OF PHILADELPHIA | : | |

## ORDER

AND NOW, this 17th day of March, 2003, upon consideration of Defendant's Motion for Extension of the Discovery Deadline and to Compel Disclosure and the Memorandum of Law in Support of the Motion (Document No. 17), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1. Plaintiffs Jeffrey Lee and David Fisher shall appear for depositions at the offices of defense counsel on March 18, 2003 at the time fixed by defense counsel;

2. The discovery deadline shall be extended to March 20, 2003; and,

3. Summary judgment motions, if any, shall be filed no later than March 27, 2003.

_____
TIMOTHY J. SAVAGE, J.