IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LEE, ET AL | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, ET AL | : | NOS. 02-3588, 02-8147, 03-126 & 03-1762 |

## ORDER

**AND NOW**, this 1st day of May, 2003, it is **ORDERED** that a **SETTLEMENT CONFERENCE** shall be held before the Honorable M. Faith Angell on May 8, 2003, at 10:30 a.m. in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

TIMOTHY J. SAVAGE, J.