IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LEE | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA | : | NO. 02-3588 |

| | | |
|---|---|---|
| DAVID FISHER | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA | : | NO. 02-8147 |

| | | |
|---|---|---|
| KENNETH CHRISTIAN | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA, et al. | : | NO. 03-126 |

| | | |
|---|---|---|
| RONALD McENNIS | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA | : | NO. 03-1762 |

**ORDER**

AND NOW, this 3rd day of June, 2003, after conducting a settlement conference with counsel in the above-captioned matter, it is hereby **ORDERED** by the Court that as all matter pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE