IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY LEE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-3588 |
| | : | |
| **CITY OF PHILADELPHIA** | : | |

### ORDER

**AND NOW**, this 18th day of June, 2003, **IT IS ORDERED** that this matter is referred to the Honorable Lowell A. Reed, Jr., Senior Judge, as settlement master.

**IT IS FURTHER ORDERED** that a mediation settlement conference is scheduled for **July 8, 2003 at 9:30 a.m.** before the Honorable Lowell A. Reed, Jr., Room 11614, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania. The parties shall **no later than 4:00 p.m. on July 2, 2003**, submit *ex parte* confidential settlement memoranda listing liability and damage issues, settlement history and settlement recommendations.

If settlement is not reached, this case will be placed in the trial pool on July 10, 2003. No continuances of the trial will be granted.

TIMOTHY J. SAVAGE, J.