IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY LEE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-3588 |
| | : | |
| **CITY OF PHILADELPHIA** | : | |

## ORDER

**AND NOW**, this 17th day of June, 2003, upon consideration of plaintiff Jeffrey Lee's Motion For a Continuance (Document No. 30), it is **ORDERED** that the motion is **DENIED.**

TIMOTHY J. SAVAGE, J.